UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| GARY LEE PEKSA, | : | 18 U.S.C. § 2252(a)(2) |
| | : | (Receipt of Child Pornography) |
| Defendant | : | |
| | : | 18 U.S.C. § 2252(a)(4)(B) |
| | : | (Accessing Child Pornography |
| | : | With Intent to View) |
| | : | |
| | : | Forfeiture: 18 U.S.C. § 2253(a) |
| | | 21 U.S.C. § 853(p) |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about November 5, 2018, in the District of Columbia and elsewhere, the defendant, **GARY LEE PEKSA**, knowingly received any visual depiction, to wit: the image depicted with the file name "Naughty-young-blonde-doll.jpg", using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## COUNT TWO

On or about November 5, 2018, in the District of Columbia and elsewhere, the defendant, **GARY LEE PEKSA**, knowingly received any visual depiction, to wit: the image depicted with the file name "Cum-spray.jpg", using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

    (**Receipt of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## COUNT THREE

Between on or about October 11, 2018, and July 29, 2019, in the District of Columbia and elsewhere, the defendant, **GARY LEE PEKSA**, knowingly accessed with intent to view at least one matter which contains any visual depiction that has been shipped and transported using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

    (**Accessing Child Pornography with Intent to View**, in violation of Title 18, United States Code, Section 2252(a)(4)(B))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One through Three, the defendant shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

(1) One Motorola Droid Mini Serial Number TA6260PGRS

(2) One Toshiba Satellite C55D Laptop

(3) If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

    (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253(a) and Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

*Jessie K. Liu/JPH*
Attorney for the United States in
and for the District of Columbia