AO 442 (Rev. 11/11) Arrest Warrant

1100688

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
OCT 21 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.

GARY LEE PEKSA

*Defendant*

Case: 19-cr-350
Assigned To: Judge Richard J. Leon
Assign. Date: 10/16/2019
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GARY LEE PEKSA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography, in violation of 18 U.S.C. Section 2252(a)(2)
Accessing Child Pornography with Intent to View, in violation of 18 U.S.C. Section 2252(a)(4)(B)

Date:   10/16/2019

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10.16.19, and the person was arrested on *(date)* 10.21.19
at *(city and state)* Washington, DC

Date: 10.21.19

*Arresting officer's signature*

SPECIAL AGENT KATHRYN RIVERA
*Printed name and title*