UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES              )
                           )
        v.                 )   Crim. No. 1:19CR00350-001
                           )   Judge Leon
GARY L. PEKSA              )   Sentencing: 07/20/22

## GARY L. PEKSA LETTER

The Honorable Richard J. Leon      April 23, 2022
US District Court
District of Columbia
333 Constitution Ave. N. W.
Washington, D.C.

RE: Case# 1-19-CR-00350 RJL

Your Honor:

I grew up on the outskirts of Cleveland, Ohio
where I was raised by my two loving parents.
I was a mischievious boy like most, but never
was in any more trouble than being grounded
for more than a few days. I had plenty of
friends and was always outside playing.
I graduated from Medina County Vocational
school with a degree in welding. Within one
month, I relocated to the D.C. area via my
Aunt and Uncle who had a friend in the metal
trade. I accelerated quickly and soon became
an excellent mechanic and was recognized by
the Washington building Congress. After spending
five years on the west Coast, I returned to
Washington where I met my first wife and
helped her raise her daughter for 10 years,
after which they relocated to texas.

①

while employed with A D.O.D Contracter, I
decided to Also start my own business in
Custom metAl FAbrication with some success.
with in a Few years, I was Contacted by an
employee oF The Archietect of The Capitol
And was oFFered the position at the
Library of Congress For which I was
employed For 10 years. I was honored to
work in a historical building, but more often
than not, I Found the Job to be unchallenging
As we often went long periods with nothing
to do. During my tenure I was Responsible
For the care and maintainance of the buildings
Components. I was a Friend to All I worked
with And everyone knew they could count on
my help to solve any problem. through All of
My years I have never been without a
Job until my arrest in 2019. I never Asked
For any help From my parents or applied For
Any Financal Aid.
In 2013 I was lucky to be Reintroduced to
my wonderFul wiFe Elizabeth. we have known
each other For 20 years, as my sister is
married to her brother. We married in 2017
in the presence of our Family And Friends.
Elizabeth is one of the best people I know,
she has always been there For me And Continues
to support me. I truly love her.

During the past 2½ years, I've had lots of time to reflect on what I've done. If I could, I would surly go back and correct my actions. I didn't stop to think about the minors in the images and how they were harmed. I think I didn't feel any responsibility because I wasn't taking the pictures or posting the videos, and the fact that they are so easily found on the internet. Even though I wasn't directly involved, I know my viewing of this enables the continuance of this type of abuse. I am deeply sympathetic to the children involved and nobody deserves this type of treatment.

I believe that even though I have made a terrible mistake, that I am still a good person. Through the years I have made numerous contributions to First Responders, Red Cross St. Jude, animal rescues and those less fortunate. My poor choices have cost me a lifetime of hard work and dedication. I have lost my pride, reputation, trust and ability to help others, especially my parents, who have supported me through the years and now I'm unable to help them in their most time of need. I am worried that I will never see them again.

I understand that I have to take responsibility for my actions, today and forever.

I am willing to face the consequences of my inexcusable actions. I will abide by the courts decision on my fate, get through it and then restart my life as best I can. I am truly sorry and ashamed for what I have done and I can assure everyone this will never happen again.

Thank you for taking the time to read this letter.

Respectfully submitted,

Gary L. Peksa

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES                    )
                                 )
     v.                          )   Crim. No. 1:19CR00350-001
                                 )   Judge Leon
GARY L. PEKSA                    )   Sentencing: 07/20/22

ELIZABETH PEKSA LETTER

To: The Honorable Richard J. Leon
U.S. District Court
District of Columbia
333 Constitution Ave. N.W.
Washington, D.C.

From: Elizabeth Peksa
Re: Case # 1-19-CR-00350 RJL

4-20-22

Dear Judge Leon,
   Gary and I met at a family wedding
in 1994. I saw him occasionally at
family gatherings throughout the years
and we began dating in 2013. Gary
and I got along great, fell in love,
and I had never been happier. We
got married in 2017. We own a lovely
home that we both take pride in.
We had bright plans for the future.
   Then on July 29, 2019 everything
changed. Our world turned upside-down.
I was shocked to find out about the
charges against Gary because it was
so out-of-character for him. At
home he rarely used the computer or
phone. He preferred to spend his
time doing something active like
wood-working or being outside. Even

in hindsight I can not think of any time he said or did anything inappropriate in regard to children or teenagers. The disturbing facts did not match up with the Gary I knew.

The Gary I know is kind and caring. Family is very important to him. He treats people with respect. Once he helped a stranger in a store lift some heavy furniture. When he found an injured bird he tried to nurse it back to health. The last time we visited our parents in Ohio he helped clean both of their houses. He loves to cook dinner for our friends. He is the type of man who helps others. I was always proud of him.

I am a retired elementary school teacher and I love children. Despite these charges I am in support of Gary because I know he is a good, decent person. It's true that he fell into a horrible habit but I am confident that he would never engage in this behavior again in any capacity.

I would not be supportive of him if there was any indication that he would ever resume this behavior. He made a huge mistake and is accepting responsibility for it. I know there are sentencing guidelines in this case but when deciding his sentence, please consider that he has already served 30 months of house arrest. He was unable to leave the house (not even to step outside into the yard) except for a few court appearances or doctor appointments. His parents are 80 and 82 years old. Gary is afraid that he'll never see them again. He already wasn't able to be with his mother in Ohio when his stepfather died of cancer last summer.

After his time in prison, we are hoping to salvage a life together again. I'm afraid of what daily life in prison will do to him mentally and physically. Every day I will worry about his health and safety. I will miss him very much. He is my best friend.

Sincerely,
Elizabeth Peksa

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
|     v. | )   Crim. No. 1:19CR00350-001 |
| | )   Judge Leon |
| GARY L. PEKSA | )   Sentencing: 07/20/22 |

JUDY HOLOP LETTER

September 1, 2021

Honorable Judge Richard J. Leon
U.S. District Court
333 Constitution Ave., N.W.
Washington, DC 20001

        Re:    Case 1:19-CR-00350-RJL

To:    The Honorable Judge Leon

My name is Judy Holop and I am the mother of Gary Peksa in the subject case.

Gary was a typical boy growing up in the 70's … played outside, rode his bike, fished and had a paper route. Gary finished his last two (2) years of high school at a vocational school and chose welding as his trade. What a wise choice, as it became his profession.

Gary graduated when he was 17 years old. His dad and I put him on a Greyhound bus, bought him a car (sight unseen) and he traveled to Lanham, MD where his uncle got him a job. After two years of staying with his uncle, Gary ventured out on his own, becoming independent and self-supporting.

Gary has been a valuable employee to every past employer.

In 1997 Gary worked at AK Metal Fabricators and was one of four (4) craftsmen mentioned in the ornamental metal category awards program of the Washington Building Congress (WBC).

In 2006 Gary opened up his own fabrication metal shop (Advanced Metal Concepts).

In 2010 Gary began working at the Library of Congress and worked at the Library until this incident.

Gary was very supportive of me in 1982 when his father left and was again very supportive of me in 1985 when I remarried. I, in turn, am very supportive of Gary and understand the distressing circumstances that Gary faces. He has expressed his deepest regrets, particularly its repercussions for his wife, family, friends and his career.

It is my sincere hope the court takes this letter into consideration at the time of sentencing in addition to the following:

- This offense is Gary's first criminal charge
- Gary did not, at any time, have any contact whatsoever (physical or verbal) with any individual(s) in the videos
- Gary had every opportunity to flee the country before his house arrest but chose not to
- Gary has not had any incidents during his house arrest other than malfunctions with his ankle bracelet

I pray Gary be sentenced to a minimum security/working facility and that he returns home to his family, safe and in good health.

Thank you, in advance, for taking the time to read about my son. He is a good person. He just made a bad choice … but it doesn't mean he's bad, it means he's human.

Sincerely,

Judy Holop

4807 Cottonwood Lane
Brunswick, OH 44212
Home:  (330) 225-3488     Cell:  (330) 635-8625
jholop1@wowway.com

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim. No. 1:19CR00350-001 |
| | ) | Judge Leon |
| GARY L. PEKSA | ) | Sentencing: 07/20/22 |

**LEO PEKSA LETTER**

Leo Peksa

July 26, 2021
                    CASE # 1:19-CR-00350-RJL

Honorable Richard Leon,
    I'm writing this letter in support of
my son Gary. He has been a hard working
all his life & a good man that would not
harm anyone.
    After graduating from high school
he went out on his own. He never ask
for any financial help.
    He became a skilled sheet metal
and welder. He's been an asset to
our economy and should put him back
to work.
    He's been on house arrest for two
years. So your honor, I I'm asking you
for leniency. Put him on probation
and put him back to work.

    Thank you,
        Leo Peksa

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES | ) | |
| | ) | |
| v. | ) | Crim. No. 1:19CR00350-001 |
| | ) | Judge Leon |
| GARY L. PEKSA | ) | Sentencing: 07/20/22 |


**JODY CLEMENTS LETTER**

Honorable Judge Richard J. Leon
U.S District Court
333 Constitutional Ave NW
Washington DC, 20001
Case #-1:19-CR-00350-RJL


Honorable Judge Leon,

   My name is Jody Clements. I am Gary Peksas only sibling.  I am writing to you on behalf of my
brother, hoping you will show compassion when handing down his sentence. I am aware that the
charges against him are very serious and that consequences must follow.

   As I am sure you are aware, my brother is 56.  Our mother is 80 and our dad 82. There is a good
chance that either one or both of our parents may be deceased while he is incarcerated. During the past
2 ½ years that he has been on house arrest, we lost our beloved stepfather Al. Gary was unable to visit
him during his battle with cancer and was not able to say goodbye to him before he passed this past
July. He was able to comfort our mom through conversations on the phone but unable to hug her in
person. This was very difficult for both of them. I do not want to experience the anguish of not having
my brother by my side should something happen to our parents and the aftermath that follows. I can't
imagine doing that without him.

   My brother realizes the terrible mistake he has made, and regrets his decisions' every day. During his
2 ½ yrs of house arrest, there has not been a single issue.  I believe this speaks to his true character. My
brother is an honest man. He is hard working and true to his word. He loves his family and would give
you the shirt off his back. He has always been independent and has supported himself since he was 17.
He is a gifted tradesman and can literally fix anything. Will you please send him to a low security camp
where he can benefit society while serving his time?  Honorable Judge Leon, will you please consider his
time on house arrest and deduct that from his sentence?  I don't want to be without him in my future.

   Thank you for taking the time to read my letter. I understand there are laws regarding his charges as
they are serious. I implore you to hand down the minimum sentence allowed by law.

   Thank you for taking the time to read my letter.




Sincerely,

Jody Clements

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Crim. No. 1:19CR00350-001 |
| | ) Judge Leon |
| GARY L. PEKSA | ) Sentencing: 07/20/22 |

**MARY CLEMENTS LETTER**

Sept. 12, 2021

To: The Honorable Richard J. Leon
United States District Court, District
of Columbia
   333 Constitution Ave. N.W.
Washington, D.C. 20001

Subject character Letter for Gary Peksa
Case # 1:19-CR-00350-RJL

Dear Judge Leon,
My name is Mary Clements and Gary Peksa
is my Son-in-law. I first met Gary
in 1994 when he and my daughter were
partners in my Son's Wedding. I saw
him from time to time over the years
and in 2017 he and my daughter Elizabeth
got married after dating for four years.

Gary has always been kind, helpful,
Respectful and trustworthy. I have
never seen him yell or get angre—
in fact he always makes us Laugh.
when I had my knee surgery he
helped me cook the Thanksgiving Turkey
he treats everyone very well, I
I know that Gary made a big
Mistake but he is a good person

with a big heart. I believe
that he learned his lesson and
Would not get into trouble again.
I hope that he and my Daughter
can get through this and go on
with their lives. I am 85 years old
and I hope that I will get to
See him again our Family will
not be the same without him.
Thank you for your time,

Mary Clements

Mary Clements
3452 Nantucket cove
Brunswick, Ohio
44212
Phone 330-273-2701

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES                    )
                                 )
        v.                       )   Crim. No. 1:19CR00350-001
                                 )   Judge Leon
GARY L. PEKSA                    )   Sentencing: 07/20/22

## REAP, BAILEY, PEROK LETTERS

Dan Reap
223 Hamilton Hollow Road
Sandgate VT      05250

July 20, 2021

The Honorable Richard J. Leon
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC    20001

Re:  Case Number 1:19-CR-00350-RJL

Dear Sir,

I am writing to you to provide a character reference for Gary Peksa regarding the above case.  I have known Gary for over 10 years.  He joined the Architect of the Capitol/Library of Congress sheet metal shop and was assigned as my work partner.  We worked closely together 8 hours a day, 5 days a week until I retired in 2014 after over 30 years of Federal Government service.  He not only became the best work partner I'd ever had, but also became a close and trusted friend.  He is probably one of the most talented metal workers I have ever worked with.  He was also one of the most hard-working, diligent, reliable and trustworthy employees I have ever encountered.  I feel I am privileged to know him, and was honored to serve as his best man at his wedding just a few years ago.  I know him to be a loving husband, a devoted son, and an exemplary friend.

I in no way condone the action that has brought Gary to your attention, however I truly believe that action was a rare, and greatly regretted, aberration in his behavior.  I have never known him to have been in such a situation prior to this event, and most certainly not since.  As far as I am aware he had not been in any trouble like this in all his years prior to the incident.  I also believe that it is a testament to his true character that his wife, his family, and his many friends are willing to stand by him in this time.  We are 100% convinced that he has great remorse for his actions.

Despite the nature of his one charge, I believe it would be a great disservice to remand Gary to prison.  He has already lost his job and therefore his income; has had to sell almost everything of value that he had to generate income to live on; has already been under house arrest for almost two years; and has not had - nor has wanted - internet or smart phone service in two years.  Remanding him would deprive us of a hardworking and immensely talented contributor to our society at an unnecessary, and costly, taxpayer's expense for his imprisonment.  Surely there is another solution for Gary to serve out his punishment, such as community service?

In closing, I hope in weighing your difficult decision, you will consider all the good that Gary has brought into our world, and could continue to bring, against that of what I truly believe to be an atypical, and entirely human, lapse of judgement.

Sincerely,

Dan Reap

July 20, 2021

To: The Honorable Richard J. Leon

United States District Court, District of Columbia

333 Constitution Ave

NW Washington, DC 20001


Subject: Character Reference for Mr. Gary Peska

Case# 1:19-CR-00350-RJL


      Gary and I worked together for The Architect of the Capitol, stationed at the Library of Congress for 10 years.

Gary was a talented sheet metal mechanic and welder who always turned out quality work and completed all tasks assigned to him. He played a vital role in repairing and maintaining the historical buildings at The Library of Congress.

      I personally believe that Gary is no threat to society related to the charges brought before him. I believe that therapy versus jail time would be the best consequence and have the most impact on him.


Please feel free to contact me on my cell phone with any further questions or comments at 301-751-8352.

                         Respectfully,

                         Ron Bailey

                  Charlotte Hall, MD

January 25, 2022

The Honorable Richard J. Leon
U. S. District Court
District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C.

RE:  Case #: 1-19-CR-00350-RJL

Dear Judge Leon,

My name is Roberta Perok and I have been Gary Peksa's neighbor for 20 years and I know him quite well.  I was deeply shocked and saddened by the situation Gary is in, because Gary has been a good neighbor to me through the years and especially after my husband passed away in 2014.  A few years ago he drove me to the pet hospital and sat with me while I made the decision to put my beloved cat down.  Another time I needed him to drive me to the emergency room at 9:30 P.M. and he waited there until I was discharged at 3:00 A.M.  I don't have family in the area and I don't know what I would have done without his help.  He has also helped me with yard work and took care of my cats when I was out of town.  He was always there when I needed him.

My purpose for writing this letter is to let you know that in spite of some bad decisions that he made, Gary Peksa is a decent, caring person. I hope you will take this into consideration when deciding on his sentence.

Respectfully submitted,

*Roberta Perok*

Roberta Perok
Retired Senate aide to Senator John H. Glenn
37000 Pomander Lane
Mechanicsville, Maryland  20659