UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 19-CR-350(RJL) |
| | ) |
| GARY LEE PEKSA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNITED STATES' FILING OF
STATEMENT BY A WITNESS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files the attached Letter from a Witness and Former Family Member of the Defendant.

Dated: July 19, 2022      Respectfully submitted,

   MATTHEW M. GRAVES
   UNITED STATES ATTORNEY

    /s/  *Amy E. Larson*
   Amy E. Larson, N.Y. Bar Number 4108221 \
   Assistant United States Attorney
   601 D. Street, N.W.
   Washington, D.C. 20530
   Telephone: (202) 252-8654
   Email: Amy.Larson2@usdoj.gov

1