**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| **v.** | ) **1:19cr00350** |
| | ) **Judge Leon** |
| **GARY L. PEKSA** | ) |
| | ) |

_____

**DEFENDANT PEKSA'S MOTION FOR TRAVEL TO VISIT FATHER**
**PRIOR TO INCARCERATION**

Defendant, Gary L. Peksa, through undersigned counsel, hereby files his Motion for Permission to Travel to see his Father Prior to his Incarceration.

The Defense contacted the Government and the District of Columbia Pretrial Services Office about this Motion. Pretrial Services Officer Da'Shanta D. Valentine Lewis deferred to the Court on this issue. The Government has not responded to the Defense inquiry about this Motion.

As grounds for this Motion, Mr. Peksa states as follows:

1. Mr. Peksa has been on home detention, wearing an ankle bracelet, since October 2019, without incident or violation.

2. On July 20, 2022, this Court sentenced Mr. Peksa to 96 months of incarceration. To date, Mr.Peksa has not been informed about the date and location of his self-reporting.

3. Mr.Peksa has an 83 year old father, Lee Peksa. Once incarcerated, Mr. Peksa will likely not see his father again.

4.Lee Peksa lives at 908 Wyndfall Drive, S.W., Sunset Beach, North Carolina 28468. (910) 553-0496.

5. Mr. Peksa, accompanied at all times by his wife, Elizabeth Peksa, would like to travel to see his father from August 8, 2022 (morning), returning to his home on August 11, 2022 (evening) (or another similar three day period).

6. Mr.Peksa will continue to wear his ankle bracelet at all times. He will not have access to any internet device.

7. This request is humanitarian in nature.

8. Mr.Peksa heard this Court very clearly at sentencing. He knows he cannot commit any infractions and return to this Court for punishment and resentencing. He understands that clearly.

9. Mr.Peksa wants to see his father one last time, prior to his incarceration.

WHEREFORE, Mr. Peksa moves the Court to issuean Order allowing him Permission to Travel to see his Father Prior to his Incarceration.


Respectfully submitted,


_____/s/_____
Peter L. Goldman, # 416622
SABOURA, GOLDMAN & COLOMBO, P.C.
1800 Diagonal Road, #600
Alexandria, Virginia 22314
(703) 684-6476 (o)
(703) 647-6009 (f)
pgoldmanatty@aol.com
Counsel for Defendant
Gary L. Peksa


2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2022, a copy of the foregoing Motion was sent via ECF, to: AUSA Amy E. Larson, United States Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530.


_____/s/_____
Peter L. Goldman