UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | ) 1:19cr00350 |
| | ) Judge Leon |
| **GARY L. PEKSA** | ) |
| | ) |

### DEFENDANT PEKSA'S MOTION/REQUEST TO WITHDRAW MOTION TO TRAVEL TO VISIT FATHER PRIOR TO INCARCERATION

Defendant, Gary L. Peksa, through undersigned counsel, hereby files his Motion/Request to Withdraw his Motion to Visit his father Prior to Mr. Peksa's Incarceration. As grounds for this Motion/Request, Mr. Peksa states as follows:

1. On or around August 3, 2022, Mr. Peksa filed a Motion to Allow Travel to North Carolina, to Visit his 83 year old father, prior to Mr. Peksa's Incarceration. (ECF 46.)

2. Mr. Peksa has now determined that his father will come visit Mr. Peksa at his home in Maryland, prior to Mr. Peksa's incarceration.

3. Therefore, ECF 46 is now moot, and Mr. Peksa seeks to withdraw that Motion, and for the Court to remove the September 7, 2022 (3:30 pm) Hearing on ECF 46 from the Docket.

WHEREFORE, Mr. Peksa moves the Court to withdraw ECF 46 (Motion to Travel), and to remove from the September 7, 2022 Docket the Hearing on ECF 46.

                              Respectfully submitted,

                                    /s/
                        Peter L. Goldman, # 416622
                        SABOURA, GOLDMAN & COLOMBO, P.C.
                        1800 Diagonal Road, #600
                        Alexandria, Virginia 22314
                        (703) 684-6476 (o)
(703) 647-6009 (f)
[pgoldmanatty@aol.com](mailto:pgoldmanatty@aol.com)
                        Counsel for Defendant
                        Gary L. Peksa

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on this 1st day of September, 2022, a copy of the foregoing Motion was sent via ECF, to: AUSA Amy E. Larson, United States Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530.

                                    /s/
                        Peter L. Goldman