UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 19-cr-350 |
| : | |
| GARY LEE PEKSA, : | |
| : | |
| : | |

**UNITED STATES' MOTION FOR LEAVE TO FILE A REPLY**

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia and undersigned counsel, respectfully files Motion for Leave to File a Reply to Defendant's Opposition to the Government's Supplemental Memorandum on Restitution (Docket Entry 50). As a basis for the Reply, the United States avers the following:

1. Defendant's Opposition contradicts statements made by this Court that the parties should set a schedule for restitution payments. *See* Docket Entry 50 at 1. The Defendant cites statements made by the Probation Officer, and asserts that restitution payments will not commence until the Defendant begins his term of supervised release. *Id.* The Defendant's Opposition also ignores the fact that the Defendant, through his Plea Agreement, agreed that restitution was due immediately, citing only to caselaw and Probation's interpretation of restitution which is inconsistent with what this Defendant agreed to do before the Court. *Id.* at 2. As such, the Government is requesting two weeks, or until September 15, 2022 to file a Reply.

Respectfully Submitted

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Amy E. Larson*
AMY E. LARSON
NY Bar No. 4180221
Assistant United States Attorney
Federal Major Crimes Section
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7863
Amy.larson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

By:     */s/ Amy E. Larson*
AMY E. LARSON
NY Bar No. 4180221
Assistant United States Attorney
Federal Major Crimes Section
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7863
Amy.larson2@usdoj.gov